IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARY MCINTIRE,

                         Plaintiff,

      v.

SAGE SOFTWARE, INC., a foreign
business corporation, and MATRIX
ABSENCE MANAGEMENT, INC.,
a foreign business corporation,

                         Defendants.

No. 3:15-cv-00769-JE

ORDER

Benjamin Rosenthal
1023 SW Yamhill St., Ste. 200
Portland, OR 97205

      Attorney for Plaintiff

//

//

1 - ORDER

Kelly S. Riggs
Ogletree Deakins Nash Smoak & Stewart P.C.
222 SW Columbia St., Ste. 1500
Portland, OR 97201

       Attorney for Defendant Matrix

HERNÁNDEZ, District Judge:

       Magistrate Judge Jelderks issued a Findings & Recommendation [34] on September 28, 2015, in which he recommends the Court grant Defendant Matrix's motion to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Plaintiff has timely filed objections [37] to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

       When a party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

       I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no errors in the Magistrate Judge's Findings & Recommendation.

//

//

//

//

//

2 - ORDER

CONCLUSION

The Court ADOPTS Magistrate Judge Jelderks' Findings & Recommendation [34], and therefore, Defendant Matrix's motion to dismiss [26] is granted. Plaintiff's Fourth Claim for Relief is dismissed with prejudice, and Defendant Matrix is dismissed. All other outstanding motions are denied as moot.

IT IS SO ORDERED.


Dated this _____ day of December, 2015.


MARCO A. HERNÁNDEZ
United States District Judge

3 - ORDER