**Benjamin Rosenthal, OSB No. 830828**
Attorney at Law
benrose@europa.com
1023 SW Yamhill Street, Suite 200
Portland, OR 97205
Telephone: (503) 226-6409
Facsimile: (503) 226-0903

    **Attorney for Plaintiff Mary McIntire**

**Paula A. Barran, OSB No. 803974**
pbarran@barran.com
**Iris K. Tilley, OSB No. 101991**
itilley@barran.com
**Shayda Zaerpoor Le, OSB No. 121547**
sle@barran.com
BARRAN LIEBMAN LLP
601 SW Second Ave., Suite 2300
Portland, Oregon 97204-3159
Telephone: (503) 228-0500
Facsimile No.: (503) 274-1212

    **Attorneys for Defendant Sage Software, Inc.**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MARY MCINTIRE,** | No. 3:15-cv-00769-JE |
| Plaintiff, | **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| v. | |
| **SAGE SOFTWARE, INC.**, a foreign business corporation, and **MATRIX ABSENCE MANAGEMENT, INC.**, a foreign business corporation, | |
| Defendants. | |

PAGE 1 – **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE**

Based upon the stipulation of the parties, and it appearing that all claims of Plaintiff Mary McIntire ("Plaintiff") against Defendant Sage Software, Inc. ("Defendant") have been compromised and settled,

IT IS HEREBY ORDERED AND ADJUDGED that the above-captioned action is dismissed with prejudice and without costs or attorneys' fees to either party.

DATED: _____, 2016.

_____
Judge John Jelderks

IT IS SO STIPULATED:

BARRAN LIEBMAN LLP

_____
Benjamin Rosenthal, OSB 830828
benrose@europa.com

Attorney for Plaintiff Mary McIntire

_____
Paula A. Barran, OSB No. 803974
pbarran@barran.com
Iris K. Tilley, OSB No. 101991
itilley@barran.com
Shayda Zaerpoor Le, OSB No. 121547
sle@barran.com

Attorneys for Defendant Sage Software, Inc.

PAGE 2 – **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2016, I served the foregoing **STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** on the following parties at the following addresses:

>Benjamin Rosenthal
>benrose@europa.com
>1023 SW Yamhill St., Suite 200
>Portland, OR 97205
>   Attorney for Plaintiff

by the following indicated method(s) set forth below:

- ☐ **Electronic Filing Using the Court's ECF System**
- ☒ **Email**
- ☐ **First-class mail, postage prepaid**
- ☐ **Hand-delivery**

_____
Shayda Zaerpoor Le